## NANCE v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 33, September Term, 1959.]

*Decided October 21, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This application for leave to appeal from the denial of post conviction relief under the provisions of Code (1959 Supp.), Art. 27, § 645A, *et seq.* after appointment of counsel and an original and a supplemental hearing, is denied for the reasons set out in the opinion and order of the court below.

*Application denied.*